# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

| | |
|---|---|
| CHAD KEMP, et al | ) |
| | ) |
| v. | ) CV 513-60 |
| | ) |
| ANNETT HOLDINGS, et al | ) |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice in the above captioned case. This Dismissal is hereby GRANTED and all claims against defendants Annett Holdings, Inc. d/b/a TMC Transport and Hudson Insurance Company are dismissed with prejudice. The Clerk is ordered to close this case.

SO ORDERED this _____ day of September, 2014.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA